■ In the Matter of GALWAY UNIT OF THE CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, et al., Petitioners, v HAROLD R. NEWMAN et al., Constituting the Public Employment Relations Board of the State of New York, et al., Respondents, and BOARD OF EDUCATION OF THE GALWAY CENTRAL SCHOOL DISTRICT et al., Intervenors-Respondents. — Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court at Special Term, entered in Albany County) to review a determination of the Public Employment Relations Board, which dismissed improper practice charges brought pursuant to section 209-a of the Civil Service Law. Determination confirmed, and petition dismissed, with costs. (See *Matter of Spencerport Transp. Assn., NYSUT, AFT, AFL-CIO No. 3744 v Public Employment Relations Bd.,* 80 AD2d 704.) Kane, J.P., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.